# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2007

130194(73)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

THE GREATER BIBLE WAY TEMPLE OF
JACKSON,
        Plaintiff-Appellee,

v

CITY OF JACKSON, JACKSON PLANNING
COMMISSION, and JACKSON CITY COUNCIL,
        Defendants-Appellants.

_____

SC: 130194
COA: 250863
Jackson CC: 01-003614-AS

On order of the Chief Justice, the motion for temporary admission to practice of Donald L. Moler is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2007

_____
Clerk